VILLAGE OF ANGOLA, Appellant, *v.* LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Respondent.

Reported below, 156 App. Div. 925.
(Submitted January 19, 1914; decided January 27, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 30, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to have it determined that certain lands had become part of a village street and to restrain defendant from entering on or interfering with its use.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence; that the exceptions were frivolous and presented no question of law that the Court of Appeals could review.

*Thomas D. Powell* for motion.

*Eugene M. Bartlett* opposed.

Motion denied, without costs, without prejudice to renewal of motion at the time of hearing the case on the regular call.